Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/04/2026
CT Log Number 552980198

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in New York**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RAMIREZ MIRIAM GONZALEZ // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Verified Complaint, Verification, Attachment(s) |
| **COURT/AGENCY:** | Nassau County Supreme Court, NY<br>Case # 6158882026 |
| **NATURE OF ACTION:** | Personal Injury - 02/02/2026, Walmart store, located at 965 Broadhollow Road, in Farmingdale, in the Town of Oyster Bay, County of Nassau and State of New York |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/04/2026 at 15:27 |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Larry Bonohonsky<br>BRIAN J. LEVY & ASSOCIATES, PC<br>75 Jackson Avenue<br>Syosset, NY 11791<br>516-496-1777 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/05/2026, Expected Purge Date: 08/15/2026<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Aug 4, 2026
**Server Name:** NY-NYC DROPOFFPROCESSSERVER

| | |
|---|---|
| Entity Served | WALMART INC. |
| Case Number | 6158882026 |
| Jurisdiction | NY |

| Inserts | | |
|---|---|---|
| | | |

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NASSAU

---------------------------------------------------------------x

MIRIAM GONZALEZ RAMIREZ

Plaintiff/Petitioner,

- against -

Index No. 615888/2026

WALMART INC.,

Defendant/Respondent.

---------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Consensual Case)**
(Uniform Rule § 202.5-b)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: http://www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: July 21, 2026

**Brian J. Levy & Associates, PC**
**75 Jackson Ave**
**Syosset, NY 11791**
**(516) 496-1777**

Name

Address

Firm Name

(516) 496-1777
Phone

E-Mail

To: ______________________

______________________

______________________

6/6/18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Index No.

Plaintiff designates NASSAU County as the Place of Venue

Basis of Venue: Place of Occurrence

MIRIAM GONZALEZ RAMIREZ,

Plaintiff

- against -

WALMART INC.,

Defendant

**SUMMONS**

Place of Occurrence:

County of NASSAU

**To The Above Named Defendant:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's attorneys within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: Syosset, New York
July 21, 2026

Larry Bonchonsky, Esq.
**BRIAN J. LEVY & ASSOCIATES, PC**
Attorneys for Plaintiff
75 Jackson Avenue
Syosset, New York 11791
(516) 496-1777

***Defendant's Address:***
WALMART INC.
Secty of State (BCL)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Index No.

------------------------------------------------------------------------X

MIRIAM GONZALEZ RAMIREZ,

Plaintiff,

**VERIFIED COMPLAINT**

- against -

WALMART INC.,

Defendant.

------------------------------------------------------------------------X

Plaintiff, complaining of the Defendant, by attorneys **BRIAN J. LEVY & ASSOCIATES, PC**, respectfully shows to this Court and alleges, upon information and belief, as follows:

1. That at all times hereinafter mentioned, Defendant is a duly organized Foreign Business Corporation, existing under and by virtue of the laws of the State of Delaware and authorized to conduct business in the State of New York.

2. **That at all times hereinafter mentioned, Defendant owned a department store known as Walmart Supercenter, located at 965 Broadhollow Road, in Farmingdale, in the Town of Oyster Bay, County of Nassau and State of New York**.

3. That at all times hereinafter mentioned, Defendant and Defendant's agents, servants and/or employees **operated** the aforesaid department store known as Walmart Supercenter, located at 965 Broadhollow Road, in Farmingdale, in the Town of Oyster Bay, County of Nassau and State of New York.

4. That at all times hereinafter mentioned, Defendant and Defendant's agents, servants and/or employees **managed** the aforesaid department store known as

Walmart Supercenter, located at 965 Broadhollow Road, in Farmingdale, in the Town of Oyster Bay, County of Nassau and State of New York.

5. That at all times hereinafter mentioned, Defendant and Defendant's agents, servants and/or employees **maintained** the aforesaid department store known as Walmart Supercenter, located at 965 Broadhollow Road, in Farmingdale, in the Town of Oyster Bay, County of Nassau and State of New York.

6. That at all times hereinafter mentioned, Defendant and Defendant's agents, servants and/or employees **controlled** the aforesaid department store known as Walmart Supercenter, located at 965 Broadhollow Road, in Farmingdale, in the Town of Oyster Bay, County of Nassau and State of New York.

7. That at all times hereinafter mentioned, Defendant and Defendant's agents, servants and/or employees **inspected** the aforesaid department store known as Walmart Supercenter, located at 965 Broadhollow Road, in Farmingdale, in the Town of Oyster Bay, County of Nassau and State of New York.

8. That at all times hereinafter mentioned, **Defendant** and Defendant's agents, servants and/or employees **extended a general invitation to the public to enter and patronize its aforesaid department store.**

9. That at all times hereinafter mentioned, Plaintiff was a lawful and proper patron in the Defendant's aforesaid department store.

10. That at all times hereinafter mentioned, it was the duty of the Defendant and Defendant's agents, servants and/or employees to maintain the aforesaid premises/department store in a safe condition for all persons lawfully thereat.

11. **That on or about the 2nd day of February, 2026, at approximately 3:30 P.M., while the Plaintiff was lawfully and properly in the aforesaid department**

**store, said Plaintiff was caused to slip and fall by reason of the dangerous and hazardous conditions which existed thereat, in consequence whereof, said Plaintiff sustained serious and severe personal injuries.**

12. **That the aforesaid occurrence was due solely by reason of the** carelessness, recklessness and **negligence of the Defendant** and Defendant's agents, servants and/or employees **in their ownership, operation, management, maintenance and control of the aforesaid premises/department store, in permitting and allowing same to be,** become and remain in a dangerous and hazardous condition in that the floor was wet and **slippery, in plain view of Defendant's salesperson, resulting in the Plaintiff slipping and falling thereat**; in causing and creating said condition; in failing to keep the floor in a dry and clean condition; in failing to mop and **remove the water from the floor; in permitting and allowing the aforedescribed condition to remain thereat for a long and/or unreasonable period of time, all to the notice and knowledge of the Defendant**; in failing to make the proper and necessary inspections thereat, so as to ascertain the dangerous and hazardous conditions which existed; in that Defendant knew or should have known that said premises/department store, in its aforedescribed condition, could and would, result in an occurrence similar to the one involved herein; in failing to give the Plaintiff any warning of the dangers to be encountered; in failing to provide the Plaintiff with a safe place to shop; in failing to place warnings and/or barricades about this dangerous and hazardous condition; in failing to hire and employ competent and skilled agents, servants and/or employees to operate, manage, maintain and clean said premises/department store; in failing to obey the applicable statutes, ordinances, rules and regulations such cases made and provided for; and in otherwise being careless, reckless and negligent.

13. **That the aforesaid occurrence was due solely by reason of the negligence of the Defendant and through no fault or lack of care on the part of the Plaintiff contributing thereto.**

14. That by reason of the aforesaid occurrence, Plaintiff sustained serious and severe personal injuries to head, body and limbs; a severe shock to the nervous system; suffered great physical pain and mental anguish; was confined to bed and home and caused to abstain from usual duties and activities; was forced to seek medical aid and attention and to expend divers sums of money for same, in an endeavor to be healed and cured of said injuries, which may be permanent and lasting.

15. That this action falls within one or more exceptions of CPLR §1602.

16. That by reason of the foregoing, Plaintiff has been damaged in a sum which exceeds the jurisdictional limits of all lower Courts.

**WHEREFORE,** Plaintiff MIRIAM GONZALEZ RAMIREZ demands judgment against the Defendant WALMART INC., in a sum which exceeds the jurisdictional limits of all lower Courts, together with the costs and disbursements of each action.

Larry Bonchonsky, Esq.
**BRIAN J. LEVY & ASSOCIATES, PC**
Attorneys for Plaintiff
75 Jackson Avenue
Syosset, New York 11791
(516) 496-1777

# VERIFICATION

STATE OF NEW YORK )
)ss.:
COUNTY OF NASSAU )

**BRIAN J. LEVY,** an attorney duly admitted to practice in the Courts of the State of New York, states:

That I am a member of **BRIAN J. LEVY & ASSOCIATES, PC**, attorneys of record for Plaintiff in the within action. I have read the foregoing ***Summons and Verified Complaint*** and know the contents thereof; the same is true to my own knowledge except as to those matters therein alleged to be on information and belief and, as to those matters, I believe them to be true.

The reason this verification is made by me and not by Plaintiff is that the residence of Plaintiff is outside the County wherein your deponent maintains his office.

The grounds of my belief as to all matters not stated upon my own knowledge are information, books, records, data and correspondence contained in deponent's file and conversations had with the Plaintiff herein.

I affirm that the foregoing statements are true under the penalty of perjury.

Dated: July 21, 2026

**Larry Bonchonsky, ESQ.**

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

MIRIAM GONZALEZ RAMIREZ,

*Plaintiff,*

- against -

WALMART INC.,

*Defendant.*

---

## SUMMONS AND VERIFIED COMPLAINT

---

**BRIAN J. LEVY & ASSOCIATES, PC**
*Attorneys for Plaintiff*
*Office and Post Office Address*
75 Jackson Avenue
Syosset, New York 11791
Tel (516) 496-1777
Fax (516) 226-1040

---

**ATTORNEY CERTIFICATION**

The undersigned, an Attorney admitted to practice in the Courts of New York State, verified that, upon information, belief and reasonable inquiry, the contents contained in the above-referenced document(s) are not frivolous.

______________________
Larry Bonchonsky

---